# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **DIRESHIA COLLINS,** | } | |
| **Plaintiff,** | } | |
| v. | } | 2:20-cv-2027-KOB |
| **MUTUAL SAVINGS CREDIT UNION,** | } | |
| **Defendant.** | } | |

## ORDER OF DISMISSAL

The court, having been advised by the parties that a settlement has been reached, DISMISSES this case WITHOUT PREJUDICE. The court retains jurisdiction of this action to reinstate the case if any party represents to the court **on or before November 1, 2021** that final settlement documentation could not be completed.

**DONE** and **ORDERED** this 31st day of August, 2021.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE