# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **DIRESHIA COLLINS,** | } | |
| **Plaintiff,** | } | |
| v. | } | 2:20-cv-2027-KOB |
| **MUTUAL SAVINGS CREDIT UNION,** | } | |
| **Defendant.** | } | |

## ORDER OF DISMISSAL

The court, having received the parties' "Joint Stipulation of Dismissal With Prejudice" (doc. 16), DISMISSES this case **WITH** PREJUDICE, with each party to bear her or its own costs and attorney fees.

**DONE** and **ORDERED** this 23rd day of September, 2021.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE